United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 11-21472-ref
Andrew R. George                                                            Chapter 13
Kimberly L. George
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith                Page 1 of 2              Date Rcvd: Aug 08, 2016
                              Form ID: 138NEW            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2016.
```
db/jdb         +Andrew R. George,    Kimberly L. George,    8028 Sassafras Road,    New Tripoli, PA 18066-4429
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +BAC Home Loans Seriving,    c/o Brad Cloud,    9441 LBJ Freeway,    Suite 250,
                 Dallas, TX 75243-4640
cr             +BAC Home Loans Servicing, LP c/o Prober & Raphael,    20750 Ventura Blvd, Suite 100,
                 Woodland Hills, CA 91364-6207
cr             +The Bank of New York Mellon,    c/o: Celine P. DerKrikorian, Esq.,    123 South Broad St.,
                 Suite 1400,    Philadelphia, PA 19109-1060
12448284       +BAC Home Loan Servicing,    P.O. Box 15222,    Wilmington, DE 19886-5222
12486826       +Bank of America, N.A.,    Prober & Raphael,    20750 Ventura Boulevard, Suite 100,
                 Woodland Hills, CA 91364-6207
12448286       +Boscov's,    1352 Charwood Way,    Suite A,    Hanover, MD 21076-3125
12448289      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Citi,    P.O. Box 6000,    The Lakes, NV 89163)
12448287       +Capital One USA,    P.O. Box 71083,    Charlotte, NC 28272-1083
12448288       +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
12489091        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12448290       +HSBC,    P.O. Box 80084,    Salinas, CA 93912-0084
12448292       +Orchard Bank,    P.O. Box 80084,    Salinas, CA 93912-0084
12454179       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
12448293       +PNC Bank,    P.O. Box 747066,    Pittsburgh, PA 15274-7066
12448294       +Target Visa,    3901 West 53rd Street,    Sioux Falls, SD 57106-4221
13450530       +The Bank of New York Mellon,    CELINE P. DERKRIKORIAN,    McCabe, Weisberg & Conway PC,
                 123 South Broad Street,    Suite 1400,    Philadelphia, PA 19109-1060
12539300        eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
                 New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Aug 09 2016 02:06:10      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2016 02:05:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 09 2016 02:06:15      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2016 02:02:31      GE Money Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave, Suite 1120,    Miami, FL  33131-1605
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2016 02:02:32
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
12540778       +E-mail/Text: cio.bncmail@irs.gov Aug 09 2016 02:05:52      Internal Revenue Service,
                 P O BOX 7346,    Philadelphia PA 19101-7346
12548928        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2016 02:02:33
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA  23541
12459255        E-mail/PDF: rmscedi@recoverycorp.com Aug 09 2016 02:02:34
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12448291        Kohl's
12448295        Toyota Lease Trust
12448285*      +BAC Home Loan Servicing,    P.O. Box 15222,    Wilmington, DE 19886-5222
12502564      ##+Bank of America, N.A.,    Bk. Dept., Mail Stop CA6-919-01-23,    400 National Way,
                 Simi Valley, CA 93065-6414
12759723      ##+DFL, PC,    attn: James Kutkowski,    860 Broad Street,    Suite 107,    Emmaus, PA 18049-3630
                                                                                  TOTALS: 2, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4                User: Keith               Page 2 of 2                  Date Rcvd: Aug 08, 2016
                                    Form ID: 138NEW           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2016 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    The Bank of New York Mellon ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES    KUTKOWSKI    on behalf of Plaintiff Kimberly L. George
               jkutkowskiecf@gmail.com;bcpamtest@gmail.com
              JAMES    KUTKOWSKI    on behalf of Plaintiff Andrew R. George
               jkutkowskiecf@gmail.com;bcpamtest@gmail.com
              JAMES    KUTKOWSKI    on behalf of Debtor Andrew R. George
               jkutkowskiecf@gmail.com;bcpamtest@gmail.com
              JAMES    KUTKOWSKI    on behalf of Joint Debtor Kimberly L. George
               jkutkowskiecf@gmail.com;bcpamtest@gmail.com
              JILL    MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    The Bank of New York Mellon Et al. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, et al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Andrew R. George and Kimberly L. George

        Debtor(s)                                  Bankruptcy No: 11−21472−ref

                                                       Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      400 Washington Street
      Suite 300
      Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                           For The Court

                                                           Timothy B. McGrath
                                                           Clerk of Court

Dated: 8/8/16