United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 11-21472-ref
Andrew R. George                                                   Chapter 13
Kimberly L. George
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: admin           Page 1 of 2          Date Rcvd: Sep 16, 2016
                           Form ID: 3180W         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
db/jdb      +Andrew R. George,   Kimberly L. George,   8028 Sassafras Road,   New Tripoli, PA 18066-4429
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
12454179    +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: roberts l2@dnb.com Sep 17 2016 02:08:30   Dun & Bradstreet, INC,
             3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2016 02:07:41
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2016 02:08:41   U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12502564    +EDI: BANKAMER.COM Sep 17 2016 01:48:00   Bank of America, N.A.,
             Bk. Dept., Mail Stop CA6-919-01-23,   400 National Way,   Simi Valley, CA 93065-6414
12540778    +EDI: IRS.COM Sep 17 2016 01:48:00   Internal Revenue Service,   P O BOX 7346,
             Philadelphia PA 19101-7346
12548928     EDI: PRA.COM Sep 17 2016 01:48:00   Portfolio Recovery Associates, LLC,   PO Box 41067,
             Norfolk VA  23541
12539300     EDI: ECAST.COM Sep 17 2016 01:48:00   eCAST Settlement Corporation, assignee,
             of Citibank (South Dakota), N.A.,   POB 29262,   New York, NY 10087-9262
                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12759723    ##+DFL, PC,   attn: James Kutkowski,   860 Broad Street,   Suite 107,   Emmaus, PA 18049-3630
                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2016 at the address(es) listed below:
         CELINE P. DERRKRIKORIAN   on behalf of Creditor   The Bank of New York Mellon ecfmail@mwc-law.com
         FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
         FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
         JAMES  KUTKOWSKI   on behalf of Plaintiff Kimberly L. George
         jkutkowskiecf@gmail.com; bcpamtest@gmail.com
         JAMES  KUTKOWSKI   on behalf of Plaintiff Andrew R. George
         jkutkowskiecf@gmail.com; bcpamtest@gmail.com
         JAMES  KUTKOWSKI   on behalf of Debtor Andrew R. George
         jkutkowskiecf@gmail.com; bcpamtest@gmail.com
         JAMES  KUTKOWSKI   on behalf of Joint Debtor Kimberly L. George
         jkutkowskiecf@gmail.com; bcpamtest@gmail.com
         JILL  MANUEL-COUGHLIN   on behalf of Creditor   Bank of America, N.A. jill@pkallc.com,
         chris.amann@pkallc.com; nick.bracey@pkallc.com; samantha.gonzalez@pkallc.com
         JOSEPH PATRICK SCHALK   on behalf of Creditor   The Bank of New York Mellon Et al.  paeb@fedphe.com

```
District/off: 0313-4          User: admin            Page 2 of 2            Date Rcvd: Sep 16, 2016
                              Form ID: 3180W         Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor   The Bank of New York Mellon, et al...
     bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
     LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
     ecf_frpa@trustee13.com
     MARIO J. HANYON   on behalf of Creditor   Bayview Loan Servicing, LLC paeb@fedphe.com
     United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

                                                TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Andrew R. George** | Social Security number or ITIN  **xxx–xx–4046** |
| | First Name     Middle Name     Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kimberly L. George** | Social Security number or ITIN  **xxx–xx–8618** |
| | First Name     Middle Name     Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **11–21472–ref** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Andrew R. George

Kimberly L. George

<u>9/15/16</u>

**By the court:**   <u>Richard E. Fehling</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**